UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MICHAEL RYAN, #787263,

        Plaintiff,

                                        CASE NO. 2:20-CV-12502
v.                                  HONORABLE SEAN F. COX

MICHIGAN, et al.,

        Defendants.
_____/

## **ORDER DENYING MOTION FOR RECONSIDERATION AND TO REOPEN**

     This matter is before the Court on Plaintiff's motion for reconsideration concerning the Court's dismissal of his amended pro se civil rights complaint for failure to comply with Rule 8 of the Federal Rules of Civil Procedure and for failure to allege sufficient facts to state a conspiracy claim against each of the 429 named defendants. Plaintiff seeks to reopen this case and to be provided resources and time to file yet another amended complaint.

     Having reviewed the matter, the Court finds no reason to reconsider its decision. A motion for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Such is the case here. Plaintiff fails to meet his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). The Court properly dismissed the amended complaint, which violated Rule 8 and simultaneously failed to allege sufficient facts to state a claim against the defendants, for the reasons stated in its dismissal decision. Accordingly, the Court denies Plaintiff's motion for reconsideration and to reopen this case. This case remains closed. No further pleadings

should be filed in this matter.

   **IT IS SO ORDERED**.

              <u>s/Sean F. Cox        </u>
              Sean F. Cox
              United States District Judge

Dated:  December 29, 2021